UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NELSON HURTADO,**<br><br>        Plaintiff,<br><br>vs.<br><br>**SUPERIOR LAWN SPRINKLERS, LLC,**<br>**and HAROLD J. PEDDIE, individually,**<br><br>        Defendants. | Dkt. No.: 2:16-cv-05590-WJM-MF |

## JOINT STIPULATION TO DISMISS
## WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be and hereby is dismissed, as against all named defendants, without prejudice and without costs or attorneys' fees, with each party to bear its own fees and costs.

Dated:  December 29, 2016           Respectfully submitted,

/s/ Jodi J. Jaffe
Jodi J. Jaffe, Esquire
E-mail: JJaffe@JaffeGlenn.com
JAFFE GLENN LAW GROUP, P.A.
301 North Harrison Street
Suite 9F, #306
Princeton, New Jersey 08540
Attorneys for Plaintiff

/s/ Robert J. Jenny, Jr.
Robert J. Jenny, Jr.
E-mail:  rjeney@comcast.net
1953 Westfield Avenue
Scotch Plains, New Jersey 07076
JENEY, JENEY & O'CONNER, LLC
Attorneys for Defendant

1